# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                        In Bankruptcy:

**TIMOTHY A. RUSSELL**              Case No. 18-51300-tjt
                                          Chapter 7
       Debtor                           Hon. Thomas J. Tucker

## ORDER AUTHORIZING SALE OF REAL
## PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS

**THIS MATTER** having come before the Court upon the Trustee's Motion for Order Authorizing Sale of Real Property Free and Clear of Liens and Interests (the "Sale Motion"), Notice of the Sale Motion having been served upon all creditors and parties in interest listed on the court's mailing matrix, no objections nor requests for hearing having been filed, and the Court being otherwise duly advised in this matter,

**IT IS HEREBY ORDERED** as follows:

1. The Trustee, having exclusive authority to sell the property under 11 U.S.C. § 363, may convey the following described real property, located in the township of Star, County of Antrim to Jeffrey Yule for the sum of $24,000.00:

   > PARCEL 7-A, BEG AT THE NE COR OF SEC 9; TH S 02 DEG E 942.03 FT ALG E SEC LINE; TH S 89 DEG W 1178.31 FT TO ELY LINE OF A PARCEL OF LAND PRESNTLY UNDER IRRIGATION BY KITCHEN FARMS; SD LINE IS INTENDED TO CLEAR THE LONGEST REACH OF AN INSTALLED IRRIGATION SYSTEM AS NOW OCCUPIED; TH N 00 DEG E 919.95

FT TO THE N SEC LOINE; TH N 88 DEG 1134.59 FT ALG N SEC LINE TO THE POB; BEING PART OF THE NE ¼ OF THE NE ¼ SEC 9 T30N RSW 24.71 A M/L;

2. The Trustee is authorized to execute any and all documents and agreements and do such things as may be necessary or appropriate to implement and effectuate this sale, including addressing any errors in legal description;

3. This sale shall be free and clear of all liens and interests. Valid liens and interests shall transfer and attach to sale proceeds. The Property is unencumbered, and no liens or security interests will transfer to the proceeds. Title insurance, transfer tax, and property taxes will also be deducted from proceeds in amounts to be determined;

4. Any stay pertaining to this sale under F.R. Bankr. P. 6004(g) and 6006(d) is waived. This sale is conducted in good faith pursuant to 11 U.S.C. § 363(m) and it is afforded the fully protections thereby provided;

5. This Order may be recorded or filed with the Michigan Secretary of State, the Antrim County, MI Register of Deeds, and any other State agency to evidence the sale, to transfer title, and the fact that all liens, and other security interests with respect to the property have been released and transferred to the proceeds;

6. All federal, state, and local governmental agencies or departments are ordered and directed to accept all filings necessary and appropriate to consummate the transactions contemplated by the offer including, without limitation, filings in the recording offices of the Michigan Secretary of State's office, or any other state in the United States; and

7. Notwithstanding the provisions of Fed. R. Bankr. P. 6004(h), and Fed. R. Civ. P. 62(a), implementation of the sale and terms of this Order shall not be stayed for fourteen (14) days after the entry hereof, but shall be effective and enforceable immediately upon entry hereof.

**Signed on March 28, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge